PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Na'eem Roberts  **Docket Number:** 04-00347-001
 **PACTS Number:** 39776

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler, Senior United States District Judge

**Date of Original Sentence:** 03/29/2005

**Original Offenses:** Unlawful Possession of a Firearm by Convicted Felon, 18 U.S.C. § 922(g)(1)

**Original Sentence:** 70 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1)Drug Testing and Treatment; 2)DNA Collection

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/08/2009

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Donald J. McCauley (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On December 4, 2009, Roberts' was arrested by members of the Newark Police Department and charged with alleged possession of a controlled dangerous substance (cocaine), manufacturing a controlled dangerous substance (two counts), possession of a controlled dangerous with intent to distribute within a school zone (two counts), and possession of a controlled dangerous substance with intent to distribute within 500ft of public housing (two counts). |

On January 11, 2010, Roberts' is scheduled to appear in Essex County Superior Court for a plea disposition conference. Roberts' is currently lodged in Essex County Correctional Facility.

2.     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Throughout the course of supervision, the offender has failed to submit monthly written reports, despite numerous directives to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 12/14/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Dennis M. Cavanaugh
U.S. District Judge

Signature of Judicial Officer

1/12/10
Date