...

PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Na'eem Roberts                    **Docket Number:** 04-00347-001
                                                       **PACTS Number:** 39776

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler, Senior United States District Judge
**Reassigned to Judicial Officer:** Honorable Dennis M. Cavanaugh, United States District Judge on 01/13/10

**Date of Original Sentence:** 03/29/2005
**Violation of Supervised Release:** 01/24/2011

**Original Offenses:** Unlawful Possession of a Firearm by Convicted Felon, 18 U.S.C. § 922(g)(1)

**Original Sentence:** 70 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1)Drug Testing and Treatment; 2)DNA Collection

**Violation Sentence:** 18 months imprisonment; 1 year of supervised release; $100 special assessment. Special conditions: 1)Drug Testing and Treatment; 2)DNA Collection

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 03/25/2011

**Assistant U.S. Attorney:** Anthony Moscato, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Donald J. McCauley (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |

NJPROB 12C - Page 2
Na'eem Roberts

On August 6, 2011, the offender was arrested by members of the Newark Police Department and charged with alleged possession of a controlled dangerous substance (marijuana) and resisting arrest.

The matter is pending in Essex County CJP Court with no scheduled hearing dates.

2. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

During routine office visits on March 30 and June 24, 2011, the offender submitted urine samples which yielded positive results for marijuana use.

3  The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Since the commencement of supervision, the offender has failed to obtain verifiable employment despite numerous directives to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 08/09/11

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/23/11
Date